

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00288-CV

_____

IN RE BEVERLY KOTSANIS, Relator

_____

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-326811-21

_____

Before Suddereth, C.J.; Womack and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 23, 2021